**Order entered June 7, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-01116-CV

### SQUARE 9 SOFTWORKS INC., Appellant

### V.

### SIPS CONSULTS CORP., Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-09337**

## ORDER

Before the Court is appellee's June 3, 2021 unopposed motion for an extension of time to file its brief on the merits. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellee on June 3, 2021 filed as of the date of this order.

/s/    CRAIG SMITH
         JUSTICE